UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Camden Office                              Date of proceeding: June 30, 2011

**JUDGE ANN MARIE DONIO**

COURT REPORTER: Disc #405

**TITLE OF CASE:**                         DOCKET NO. 08cv6242(RBK/AMD)
James Parker
      v.
Cumberland County Dept of Corrections, et al

**APPEARANCES:**
Jeremy Frye, Esq for plaintiff
Jaclyne Ruocco, Esq for plaintiff
Nyasha Hungwe, Esq for plaintiff
Stephanie Olivio, Esq for defts Cochran, Thomas, Cumberland
County Department of Corrections and County of Cumberland
Thomas Decker, Esq for defendant CFG Health Systems
Mary Ann O'Brien, Esq for defendants Poucel and Terrigno
Mary Grace Callahan, Esq for defendants South Jersey Regional
Medical Center, South Jersey Health Care, Bridgeton Health Center
James Parker, Plaintiff (via phone)

**DISPOSITION:**
Terms of Settlement placed on the record
Order to be entered.

DEPUTY CLERK: s/Susan Bush

Time commenced: 1:44 pm              Time adjourned: 1:53 pm

             Total time in Court: 9 mins