Dear Honorable Ann Marie Donio    6,30-2011

I Jame [illegible] on [illegible] settlement conference. I accept a settlement of [illegible] once I return to my unit I realize that I was mislead by my attorneys. I was told that they were settle with Cumberland County and go after CFG. But, I realized that during the phone conference that CFG was also dismissed. I would like to withdraw my settlement plead and go to trial. I would have never thought that my attorneys would cross me the way they did. Please grant my plead to be withdraw and allow me to go to trial.

My lawyer also told me Jamie E Twin [?] that you would grant Defendant(s) Summary Judgement.

RECEIVED
JUL -5 2011
ANN MARIE DONIO
U.S. Magistrate Judge

RECEIVED
JUL 05 2011
AT 8:30
WILLIAM T. WALSH
CLERK



James C Parker Sr
618991-34108-B
Bayside State Prison
P.O Box F-1
Leesburg NJ 08327

SOUTH JERSEY NJ 080
01 JUL 2011 PM 5 L

Honorable Ann Marie Donio
Clerk, United State District Court
P.O. Box 2797
Camden, NJ 08101

RECEIVED
JUL 05 2011
AT 8:30_____M
WILLIAM T. WALSH
CLERK

08101¢2797